```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12770
   JULIA M CAMPBELL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8135


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/05/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.78%.

     The case was dismissed after confirmation 12/03/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG   21886.19           .00       21886.19
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    6004.87           .00         419.56
AT & T BANKRUPCTY        UNSECURED       NOT FILED          .00            .00
ARONSON FURNITURE        UNSECURED       NOT FILED          .00            .00
COMCAST                  UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED          .00            .00
OAK FOREST HOSPITAL      UNSECURED       NOT FILED          .00            .00
ARONSON FURNITURE        SECURED          1594.00         45.85          71.78
TIMOTHY K LIOU           DEBTOR ATTY      1,706.20                    1,706.20
TOM VAUGHN               TRUSTEE                                      1,280.42
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            25,410.00

PRIORITY                                        .00
SECURED                                   22,377.53
   INTEREST                                   45.85
UNSECURED                                       .00
ADMINISTRATIVE                             1,706.20
TRUSTEE COMPENSATION                       1,280.42
DEBTOR REFUND                                   .00
                    --------------       --------------
TOTALS             25,410.00              25,410.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 12770 JULIA M CAMPBELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE